**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JAMES FRANKLIN GIBSON, | ) | 3:14-CV-0240-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 25, 2014 |
| | ) | |
| FEDERAL AVIATION ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is a document that plaintiff has described as a "motion . . . to clarify and explain" the allegations in his complaint (#13). This motion is **DENIED.** If plaintiff seeks to amend his complaint he shall follow the requirements of Federal Rule of Civil Procedure 15 and Local Rule 15-1.

Plaintiff's motion to include James Edward Norris as a co-appellant in this case (#14) is **DENIED**. *Pro se* litigants have no authority to represent anyone other than themselves because parties may not delegate their rights to a nonattorney. *See Cato v. United States*, 70 F.3d 1103, 1105 n.1 (9th Cir. 1995); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987); *Church of the New Testament v. United States*, 783 F.2d 771, 773 (9th Cir. 1986); *McShane v. United States*, 366 F.2d 286, 288 (9th Cir. 1966).

Plaintiff's motion to submit a witness list (#15), motion to add one additional witness (#16), and motion for hearing (#19) are **DENIED**. This court may set a case management conference or enter a discovery scheduling order in due course.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk